No. 96–7138. CLONTZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7139. HAMM v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–7140. DEAN v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–7143. CAMPBELL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 96–7144. WOLFGRAM v. STATE BAR OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7145. BALOG v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 96–7146. CECIL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–7147. ALDRIDGE v. HILL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–7148. RESTREPO v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 96–7149. ANDERSON v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–7150. ALI v. DUGGER. Ct. App. Tenn. Certiorari denied.

No. 96–7152. COOPER v. MISSOURI PAROLE BOARD ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–7153. BRETZING v. HARVEY ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–7154. REGISTER v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.